| | |
|---|---|
| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |

UNITED STATES OF AMERICA §
§
§
§
*versus* § NO. 1:24-CR-109-2-MAC
§
§
§
DARRELL JOSHUA BENDY §

## ORDER ADOPTING THE MAGISTRATE JUDGE'S
## REPORT AND RECOMMENDATION

The court referred this matter to the Honorable Christine L. Stetson, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. The magistrate judge entered a Report and Recommendation in which she recommends denying the Defendant's second motion to dismiss indictment (#362). To date, the parties have not filed objections to the report.

The court received and considered the Report and Recommendation of United States Magistrate Judge (#381) filed pursuant to such referral, along with the record, pleadings and all available evidence. After careful review, the court finds that the findings of fact and conclusions of law of the United States Magistrate Judge are correct.

Accordingly, the Report and Recommendation of the United States Magistrate Judge is **ADOPTED**. It is therefore **ORDERED** that the Defendant's motion (#362) is **DENIED**.

SIGNED at Beaumont, Texas, this 10th day of November, 2025.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE

1