**UNITED STATES DISTRICT COURT**　　　**EASTERN DISTRICT OF TEXAS**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| *versus* | § | CASE NO. 1:24-CR-109(2) |
| | § | |
| DARRELL JOSHUA BENDY | § | |

### MEMORANDUM AND ORDER

The Government is ordered to file a response to Defendant Darrell Joshua Bendy's ("Bendy") *pro se* Motion for Issuance of Subpoena to LaSalle Correctional Center for Attorney Access Logs, Legal Visit Records, and Video Surveillance (#482) on or before April 28, 2026, specifically addressing Bendy's request for a Rule 17(c) subpoena to support a motion for new trial.

SIGNED at Beaumont, Texas, this 15th day of April, 2026.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE