**UNITED STATES DISTRICT COURT**  　　　　　**EASTERN DISTRICT OF TEXAS**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| *versus* | § | CASE NO. 1:24-CR-109(2) |
| | § | |
| DARRELL JOSHUA BENDY | § | |

## MEMORANDUM AND ORDER

The Government is ordered to file a response to Defendant Darrell Joshua Bendy's ("Bendy") *pro se* Motions to Compel Disclosure and Preserve Evidence (#s 534, 536) on or before May 26, 2026.

SIGNED at Beaumont, Texas, this 12th day of May, 2026.

_____

MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE