**UNITED STATES DISTRICT COURT** **EASTERN DISTRICT OF TEXAS**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| *versus* | § | CASE NO. 1:24-CR-109(2) |
| | § | |
| DARRELL JOSHUA BENDY | § | |

**MEMORANDUM AND ORDER**

The Government shall file a response to Defendant Darrell Joshua Bendy's ("Bendy") *pro se* Motion for Disqualification/Recusal of the Honorable Judge Marcia A. Crone Pursuant to 28 U.S.C. § 144 and § 455(a) (#638) on or before Friday, August 28, 2026.

SIGNED at Beaumont, Texas, this 26th day of August, 2026.

MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE